PER CURIAM.

———

(No. 6902—Claimant )

HENRY G. GIRAGOS, M.D., Claimant, *vs.* STATE OF ILLINOIS,
DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed August 6, 1973.*

THE PROFESSIONAL BOOKKEEPER, for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.